

# DAVID A. MENDOZA, ATTORNEY AT LAW
## MENDOZA LAW OFFICES, PLLC
### 608 S. GUADALUPE STREET
### SAN MARCOS, TEXAS 78666



June 5, 2015

Honorable Liz Gonzales
Hays County Clerk
Hays County Government Center
712 S. Stagecoach Trail
San Marcos, Texas 78666

RE:          WRIT HABEAS CORPUS - State of Texas v. Jose Concepcion Loredo
Cause No.:   095790 (ABI-FV)
3rd COA#:    03-15-00301-CR –Ex parte Jose Concepcion Loredo

Dear Ms. Gonzales:

Enclosed is check # 2453 in the amount of $78 as payment for a copy of the clerk's record.  Either call me and we will retrieve the copy when it is ready for pick, or mail it to me at:

David A. Mendoza
Attorney at Law
608 South Guadalupe Street
San Marcos, Texas 78666

Thank you,

Yours truly,

David A. Mendoza
Attorney at Law
SBN 24046426

Cc:    Hays County District Attorney, via facsimile 512-393-7619
       Third Court of Appeals-Austin, P.O. Box 12547, Austin, Texas 78711-2547



RECEIVED
JUN 15 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

• PH: 512-757-8830 • MENDOZAONE@YAHOO.COM • WWW.DOZALAW.COM • FAX: 512-878-8426 •

**DAVID A. MENDOZA, ATTORNEY AT LAW**
MENDOZA LAW OFFICES, PLLC
608 S. GUADALUPE STREET
SAN MARCOS, TEXAS 78666



AUSTIN TX 787
RIO GRANDE DISTRICT
09 JUN 2015 PM 2 L



FOREVER

Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

7871 1254747